JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>HYOUNG CHAN LEE; SOPHIA HWAJA LE; YOUNG IL SHIN; Ok KYO GRACE SHIN,<br><br>    Defendants. | Case No. CV 20-10528 AB (MRWx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 3, 2021  _____
                                        ANDRÉ BIROTTE JR.
                                        UNITED STATES DISTRICT JUDGE